FILED

01/31/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0596

IN THE SUPREME COURT OF THE STATE OF MONTANA

Supreme Court Cause No. DA 22-0596

KARL KNUCHEL
**Karl Knuchel, P.C.**
101 North E Street
P.O. Box 953
Livingston, MT  59047
Telephone:  406/222-0135
Email:  karl@knuchelpc.com
ATTORNEY FOR PETITIONER/APPELLANT

---

IN RE THE MARRIAGE OF            )
                                 )
PHILIP HAROLD BULLARD,           )       Cause No. <u>DR-34-2020-2</u>
                                 )
       Petitioner/Appellant,     )       **AMENDED ORDER ON**
                                 )       **UNOPPOSED MOTION FOR**
                                 )       **EXTENSION (FIRST REQUEST)**
-and-                            )
                                 )
WINDY LYNN BIRKELAND,            )
                                 )
       Respondent/Appellee.      )

Appeal from Cause No. DR 2020-2 in the Sixth Judicial District Court of
Montana, Park County, Judge Brenda Gilbert

1

Karl Knuchel
Karl Knuchel, P.C.
101 North E Street, P.O. Box 953          *Counsel for Petitioner and Appellant*
Livingston, MT  59047
(406) 222-0135
karl@knuchelpc.com

Jamie Rebsom
P.O. Box 670
Livingston, MT 59047                      *Counsel for Respondent and Appellee*
(406) 222-5960
jamirebsom@gmail.com


    UPON review of the *Unopposed Motion for Extension of Time to File*

*Opening Brief* by counsel for the Petitioner/Appellant herein and good cause

appearing therefor,

    IT IS HEREBY ORDERED that the time to file Appellant's Opening

Brief is extended to the 1st day of March, 2023.

**ELECTRONICALLY SIGNED AND DATED BELOW**


cc:     Karl Knuchel
        Jami Rebsom

**CERTIFICATE OF SERVICE**

I, Karl Knuchel, hereby certify that I have served true and accurate copies of the foregoing Other - Other to the following on 01-31-2023:

Jami L. Rebsom (Attorney)
Jami Rebsom Law Firm
PO Box 670
Livingston MT 59047
Representing: Windy Lynn Birkland
Service Method: eService

Electronically Signed By: Karl Knuchel
Dated: 01-31-2023

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
January 31 2023